NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3039

THYRMAN F. SMILEY,

Petitioner,

v.

DEPARTMENT OF DEFENSE,

Respondent.

Petition for review of the Merit Systems Protection Board
in PH0752090312-I-1.

ON MOTION

## O R D E R

Upon consideration of Thyrman F. Smiley's motion for filing of his untimely Fed. Cir. R. 15(c) statement,

IT IS ORDERED THAT:

The motion will be granted, the court's dismissal order will be vacated, and the petition for review will be reinstated, if Smiley files his brief within 30 days of the date of filing of this order.

FOR THE COURT

MAR 0 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Keith E. Kendall, Esq.
    Sameer P. Yerawadekar, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 9 2010

JAN HORBALY
CLERK